

1201 NORTH MARKET STREET    SUITE 1400    WILMINGTON, DE 19801
**T** 302.298.3535  **F** 302.298.3550   www.Venable.com

May 19, 2022

**T 302.298.3523**
**F 302.298.3550**
daobrien@venable.com

**Via E-Filing and Hand Delivery**

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17
Room 3124
Wilmington, DE 19801-3555

**Re:**  ***W.R. Grace & Co.-Conn. v. Elysium Health, Inc.;*** **C.A. No. 20-1098-CFC-JLH;**
**Common Interest Privilege Declaration and Related Documents for In-Camera**
**Review**

Dear Judge Hall:

Pursuant to Your Honor's order dated May 5, 2022 [D.I. 111], attached please find the

*Declaration of James R. Tyminski, Esq. Concerning Documents Subject to the Common Interest*

*Privilege.*  The related documents will be submitted in-camera for Your Honor's review.

Respectfully submitted,

/s/ Daniel A. O'Brien
Daniel A. O'Brien (No. 4897)
VENABLE LLP
1201 N. Market St., Suite 1400
Wilmington, DE 19801
Tel: 302-298-3525
daobrien@venable.com

*Counsel for Plaintiff*

Encls.

cc:     All Counsel of Record (via CM/ECF)