## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

W. R. GRACE & CO.-CONN.,

     Plaintiff,

v.

ELYSIUM HEALTH, INC.,

     Defendant.

C.A. No. 20-1098-CFC-JLH

## DECLARATION OF JAMES R. TYMINSKI, ESQ. CONCERNING DOCUMENTS SUBJECT TO THE COMMON INTEREST DOCTRINE

I, James R. Tyminski, Esq., on behalf of Plaintiff W. R. Grace & Co.-Conn. ("Grace"), declare as follows:

1.     On May 5, 2022, a discovery dispute teleconference was held before Magistrate Judge Jennifer L. Hall in the above-captioned matter. The teleconference concerned Defendant Elysium Health, Inc.'s ("Elysium's) motion to compel the production of 60 documents entered on Grace's privilege log with respect to which Grace asserted the common interest doctrine. In general, these documents concern communications between Grace and its customer ChromaDex, Inc. ("ChromaDex") concerning Grace and ChromaDex's common legal interests in, for example, intellectual property concerning nicotinamide riboside chloride ("NRCl").

2.     At the teleconference, Judge Hall deferred ruling on Elysium's motion and requested that Elysium select up to 15 of the documents in question for Grace to submit to the Court for in camera review. Judge Hall further ordered Grace to provide a declaration to be shared with the Court and Elysium detailing (a) the purpose of the communication, (b) the identical legal interest in question, and (c) the identities of the individuals involved in the communication.

3.      Many of the communications in question involve overlapping groups of Grace and ChromaDex employees.  The following is an alphabetized list of all Grace employees appearing on the communications over which Grace asserts the common interest doctrine, along with their job titles.

| Grace Employee | Title |
| --- | --- |
| Artale, Beverly | Assistant General Counsel – IP |
| Carlson, Erik | Senior Chemist |
| Cross, Charles A. | VP & Chief Intellectual Property Counsel; Senior Patent Counsel |
| Garrey, Rusty (Rustam) | R&D Manager, Fine Chemicals |
| Gilbert, John | Vice President, Sales, Materials Technology |
| Graves, Brian | Global Business Manager, Fine Chemicals |
| Henry, Jared | Finance Director – Materials Technologies |
| Lonergan, Kelleen | Assistant General Counsel, Legal |
| Neukomm, Deron | Quality Assurance Manager |
| Osuna, Jose | Process Manager |
| Reeves, Matt | Process Manager |
| Reynolds, Brett | Global Business Director, Fine Chemicals |
| Sears, Chris | Senior Patent Paralegal |
| Short, Dave (David) | Global Business and Technology Manager, Fine Chemicals |
| Wineke, Michele | Executive Assistant to Materials Technologies President |

4.      The following is an alphabetized list of all individuals from ChromaDex appearing on these communications and their job titles.

2

| ChromaDex Employee | Title |
|---|---|
| Aron Erickson | Director of Technology |
| Boileau, Amy | Vice President, Research and Development |
| Chris Bonino | Project Manager |
| Farr, Kevin | Chief Financial Officer |
| Friedman, Mark | General Counsel and Secretary |
| Henderson, Kiel | Senior Scientist, Technology Group |
| Jaksch, Frank | CEO/Co-Founder |
| Nygaard, Rich | Process Development Manager |
| Panchagatti, Rakhee | Director, Finance |
| Redpath, Philip | R&D Scientist III |
| Rhonemus, Troy | Chief Operating Officer; Executive Vice President |
| Roberts, Matthew | Chief Scientific Officer and SVP of Innovation |
| Sheriff, Marjorie | Executive Assistant |
| Swift, Richard | Quality Assurance Product Safety Specialist |
| Torres, Adriana | QA Product Safety Manager II |
| VanBlarcom, Heather | Assistant General Counsel |
| Ward, Derik | Vice President – Operations and Project Management |

5.      For each of the 15 privilege log entries Elysium selected, described below are (a) the purpose of the communication, (b) the identical legal interest in question, and (c) background concerning the individuals involved in the communication.  The original privilege log entries for these documents can be found at Exhibit A to Elysium's opening letter brief in support of its motion.

## I.      Entry No. 1010 (Produced Redacted as GRACE0147579)

6.      This entry is a record of a meeting and visit by ChromaDex personnel to Grace's global headquarters in Columbia, Maryland.  The redacted portion of the document concerns a discussion of legal advice related to intellectual property issues, including Grace obtaining a

patent covering crystalline Form II of NRCl.  (*See, e.g.,* Entries 1469, 1535 for further context.) These communications pertain to Grace and ChromaDex's common legal interest in Grace obtaining valid patents covering NRCl crystalline forms.

## II.    Entry No. 1185 (Produced Redacted as GRACE0145355)

7.    This entry contains e-mail communications principally between Christopher Bonino (Project Manager) of ChromaDex and Brian Graves (Global Business Manager, Fine Chemicals) of Grace providing notes and comments related to a meeting held between Grace and ChromaDex to discuss potential process improvement efforts.  The redacted portion of the e-mails concerns a project assigned to Mr. Bonino at the direction of the Grace and ChromaDex legal departments for the purposes of providing legal advice concerning ChromaDex's freedom to operate in selling NRCl products.  (*See, e.g.,* Entry Nos. 1596, 1608 for further context.). These communications pertain to Grace and ChromaDex's common legal interest in ensuring ChromaDex's freedom to operate when selling NRCl products covered by Grace's patents on NRCl crystalline forms.

## III.    Entry No. 1272 (Produced Redacted as GRACE0193274)

8.    The redacted portions of this entry are e-mail communications between Brett Reynolds (Global Business Director, Fine Chemicals) of Grace and Troy Rhonemus (Executive Vice President) of ChromaDex wherein the two discuss legal advice related to Grace obtaining a patent covering crystalline Form II of NRCl. These communications pertain to Grace and ChromaDex's common legal interest in Grace obtaining valid patents covering NRCl crystalline forms.

## IV.    Entry No. 1311

9.    This entry is an e-mail between outside counsel for ChromaDex James Haley Jr. and Kanika Ghai, Mark Friedman (General Counsel and Secretary) of ChromaDex, and Beverly Artale (Assistant General Counsel – IP) of Grace.  In it, Mr. Haley provides Ms. Artale with information for the purposes of rendering legal advice related to the validity of Grace's patents covering crystalline forms of NRCl.  This communication pertains to Grace and ChromaDex's common legal interests in Grace obtaining valid patents covering NRCl crystalline forms and in upholding the validity of Grace's patents covering NRCl crystalline forms.

## V.    Entry No. 1469

10.    This entry is an e-mail chain reflecting a discussion principally between Brett Reynolds (Global Business Director, Fine Chemicals) of Grace and Troy Rhonemus (Executive Vice President), Derik Ward (Vice President – Operations and Project Management), and Mark Friedman (General Counsel and Secretary) of ChromaDex.  The purpose of these communications was to transmit and discuss legal advice from Grace's Beverly Artale (Assistant General Counsel – IP) and outside counsel for ChromaDex, James Haley Jr., concerning Grace obtaining a patent on crystalline Form II NRCl and concerning validity issues related to Grace's patents on crystalline Form I NRCl.  Another purpose of the communications was to seek further legal advice from Mr. Friedman concerning these issues.  These communications pertain to Grace and ChromaDex's common legal interests in Grace obtaining valid patents covering NRCl crystalline forms and in upholding the validity of Grace's patents covering NRCl crystalline forms.

## VI.     <u>Entry No. 1535</u>

11.     This entry is a branch of the e-mail chain that is the subject of entry 1469.  It reflects a discussion principally between Brett Reynolds (Global Business Director, Fine Chemicals) of Grace and Troy Rhonemus (Executive Vice President), Derik Ward (Vice President – Operations and Project Management), and Mark Friedman (General Counsel and Secretary) of ChromaDex.  The purpose of these communications was to transmit and discuss legal advice from Grace's Beverly Artale (Assistant General Counsel – IP) and outside counsel for ChromaDex, James Haley Jr., concerning Grace obtaining a patent on crystalline Form II NRCl and concerning validity issues related to Grace's patents on crystalline Form I NRCl.  Another purpose of the communication was to seek further legal advice from Mr. Friedman concerning these issues.  These communications pertain to Grace and ChromaDex's common legal interests in Grace obtaining valid patents covering NRCl crystalline forms and in upholding the validity of Grace's patents covering NRCl crystalline forms.

## VII.    <u>Entry No. 1574</u>

12.     A portion of the e-mail chain contained in this entry reflects Richard Swift (Quality Assurance Product Safety Specialist) of ChromaDex seeking confidential information from Deron Neukomm (Quality Assurance Manager) of Grace for the purpose of obtaining legal advice from ChromaDex's counsel concerning Grace's NRCl patents.  Later in the same e-mail chain, Brett Reynolds (Global Business Director, Fine Chemicals) of Grace and Troy Rhonemus (Executive Vice President) and Derik Ward (Vice President – Operations and Project Management) of ChromaDex discuss seeking legal advice concerning the same subject matter from both ChromaDex's legal department and Beverly Artale (Assistant General Counsel – IP) of Grace.  These communications pertain to Grace and ChromaDex's common legal interests in

6

Grace obtaining valid patents covering NRCl crystalline forms and in upholding the validity of Grace's patents covering NRCl crystalline forms.

## VIII.     Entry No. 1596

13.     This entry is an e-mail chain principally between Brett Reynolds (Global Business Director, Fine Chemicals) of Grace and Derik Ward (Vice President – Operations and Project Management) of ChromaDex.  Among others, Beverly Artale (Assistant General Counsel – IP) of Grace and Mark Friedman (General Counsel and Secretary) of ChromaDex are copied on several e-mails in the chain.  The e-mail chain discusses a proposed meeting between Grace and ChromaDex to discuss a potential collaboration on a new project related to NRCl and intellectual property issues concerning this potential project, in particular issues concerning ChromaDex's freedom to operate.  Ms. Artale and Mr. Friedman were copied because Grace and ChromaDex were seeking their legal advice on these issues.  These communications pertain to Grace and ChromaDex's common legal interest in ensuring ChromaDex's freedom to operate when selling NRCl products covered by Grace's patents on NRCl crystalline forms.

## IX.     Entry No. 1608

14.     This entry is an e-mail chain principally between Brian Graves (Global Business Manager, Fine Chemicals) of Grace and Derik Ward (Vice President – Operations and Project Management) of ChromaDex.  The two are discussing a request made by Richard Swift (Quality Assurance Product Safety Specialist) of ChromaDex seeking confidential information from Deron Neukomm (Quality Assurance Manager) of Grace for the purpose of obtaining legal advice from ChromaDex's legal department concerning the quality of ChromaDex's product.  In response, Mr. Reynolds discusses legal advice received from Grace's legal department concerning the validity of Grace's patents covering NRCl crystalline forms.  These

communications pertain to Grace and ChromaDex's common legal interests in upholding the validity of Grace's patents covering NRCl crystalline forms.

## X.    Entry No. 1698

15.    This entry is an e-mail chain principally between Brett Reynolds (Global Business Director, Fine Chemicals) of Grace and Derik Ward (Vice President – Operations and Project Management) of ChromaDex.  In it, Mr. Reynolds is responding to a ChromaDex request for confidential information from Grace concerning a potential collaboration on a new project related to NRCl.  Specifically, the request sought information ChromaDex's freedom to operate for the purpose of obtaining legal advice from ChromaDex's legal department.  These communications pertain to Grace and ChromaDex's common legal interest in ensuring ChromaDex's freedom to operate when selling NRCl products covered by Grace's patents on NRCl crystalline forms.

## XI.    Entry No. 1778

16.    The earliest portion of the e-mail chain contained in this entry reflects communications between outside counsel for ChromaDex James Haley Jr. and Kanika Ghai, Mark Friedman (General Counsel and Secretary) of ChromaDex, and Beverly Artale (Assistant General Counsel – IP) of Grace concerning ChromaDex requests for confidential information from Grace for the purpose of providing legal advice concerning the validity of Grace's patents covering NRCl crystalline forms and ChromaDex's freedom to operate concerning a potential new NRCl collaboration project between Grace and ChromaDex.  The later portion of the chain reflects communications between John Gilbert (Vice President, Sales, Materials Technology) of Grace and Matthew Roberts (Chief Scientific Officer and SVP of Innovation) and Derik Ward (Vice President – Operations and Project Management) of ChromaDex discussing that legal

8

advice. These communications pertain to Grace and ChromaDex's common legal interest in ensuring ChromaDex's freedom to operate when selling NRCl products covered by Grace's patents on NRCl crystalline forms and in in upholding the validity of Grace's patents covering NRCl crystalline forms.

## XII.    Entry No. 2080

17.    This entry is an e-mail chain between Heather VanBlarcom (Assistant General Counsel) and Derik Ward (Vice President – Operations and Project Management) of ChromaDex, and Brian Graves (Global Business Manager, Fine Chemicals) and Kelleen Lonergan (Assistant General Counsel, Legal) of Grace. It reflects a ChromaDex request for legal advice from Grace's Legal Department concerning a confidentiality agreement to be entered into between ChromaDex and a third party, and further reflects the legal advice provided in response by Grace's Legal Department. These communications pertain to Grace and ChromaDex's common legal interests in maintaining the confidentiality of the parties' information under the agreements between the two parties, including but not limited to information concerning intellectual property.

## XIII.    Entry No. 2327

18.    This entry is an e-mail chain between Dave Short (Global Business and Technology Manager, Fine Chemicals) of Grace and Aron Erickson (Director of Technology) in which Mr. Erickson requests information from Mr. Short for the purpose of obtaining legal advice from ChromaDex's counsel concerning a third party's patent application related to NRCl. These communications pertain to Grace and ChromaDex's common legal interest in ensuring ChromaDex's freedom to operate when selling NRCl products covered by Grace's patents on

NRCl crystalline forms and in in upholding the validity of Grace's patents covering NRCl crystalline forms.

## XIV.    Entry No. 2442

19.    This entry is an e-mail chain principally between Matthew Roberts (Chief Scientific Officer and SVP of Innovation) and Derik Ward (Vice President – Operations and Project Management) of ChromaDex, and Brian Graves (Global Business Manager, Fine Chemicals) of Grace discussing of a meeting and visit by ChromaDex personnel to Grace's global headquarters in Columbia, Maryland.  The e-mail also copies various legal personnel from Grace and ChromaDex including Beverly Artale (Assistant General Counsel – IP), Kelleen Lonergan (Assistant General Counsel, Legal), and Mark Friedman (General Counsel and Secretary).  The record of the meeting reflects legal advice and discussions between attorneys concerning protecting Grace's intellectual property covering NRCl and potential patent litigation.  These communications pertain to Grace and ChromaDex's common legal interest in upholding the validity of Grace's patents covering NRCl crystalline forms.

## XV.    Entry No. 3154 (Produced Redacted as GRACE0156060)

20.    This entry is an e-mail chain principally between Kevin Farr (Chief Financial Officer) of ChromaDex and Brett Reynolds (Global Business Director, Fine Chemicals) of Grace concerning the disclosure of certain agreements between Grace and ChromaDex to the SEC.  Several e-mails copy various legal personnel from Grace and ChromaDex, as well as ChromaDex's outside counsel.  The redacted portion of the document reflects legal advice from Kelleen Lonergan (Assistant General Counsel, Legal) of Grace concerning the disclosure of certain agreements between Grace and ChromaDex to the SEC.  This communication pertains to Grace and ChromaDex's common legal interests in maintaining the confidentiality of the parties'

information under the agreements between the two parties, including but not limited to

information concerning intellectual property.


Dated: May 19, 2022


                                 */s/  James R. Tyminski*
                               James R. Tyminski, Esq.