# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. R. GRACE & CO.-CONN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELYSIUM HEALTH, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | C.A. No. 20-1098-GBW-JLH |

## ELYSIUM HEALTH'S *DAUBERT* MOTION (NO. 1) TO EXCLUDE EXPERT TESTIMONY FROM DR. AERI PARK

Elysium Health, Inc. ("Elysium") hereby respectfully moves to exclude the expert testimony of Dr. Aeri Park for offering testimony improperly assuming infringement of U.S. Patents Nos. 10,323,058, 10,233,207, and 10,189,872.

In support of this Motion, Elysium relies upon the accompanying consolidated opening *Daubert* brief, the exhibits attached to the accompanying Declaration of Brittany Saunders and the pleadings and other filings of record in this matter.

{01874327;v1}

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| | */s/ Steven J. Balick* |
| Donald R. Ware | |
| Nathanial J. McPherson | |
| Emma S. Winer | Steven J. Balick (#2114) |
| Brittany J. Saunders | Andrew C. Mayo (#5207) |
| FOLEY HOAG LLP | 500 Delaware Avenue, 8th Floor |
| 155 Seaport Boulevard | P.O. Box 1150 |
| Boston, Massachusetts 02210 | Wilmington, DE 19899 |
| (617) 832-1000 | (302) 654-1888 |
| dware@foleyhoag.com | sbalick@ashbygeddes.com |
| nmcpherson@foleyhoag.com | amayo@ashbygeddes.com |
| ewiner@foleyhoag.com | |
| bsaunders@foleyhoag.com | *Attorneys for Defendant* |

Jeffrey I. D. Lewis
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Fl.
New York, NY 10019
(212) 812-0400
jidlewis@foleyhoag.com

Priya S. Dalal
FOLEY HOAG LLP
1717 K St. NW
Washington, DC 20006
(202) 223-1200
pdalal@foleyhoag.com

Dated:  January 18, 2022