## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W. R. GRACE & CO.-CONN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 20-1098-GBW-JLH |
| v. | ) | |
| | ) | |
| ELYSIUM HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### ELYSIUM HEALTH, INC.'S MOTION FOR SUMMARY JUDGMENT (NO. 2) THAT THE ASSERTED PATENTS ARE INVALID UNDER 35 U.S.C. § 112(b) FOR BEING INDEFINITE

Elysium Health, Inc. ("Elysium") hereby respectfully moves for summary judgment that the asserted claims of U.S. Patents Nos. 10,323,058, 10,233,207, and 10,189,872 are invalid for being indefinite under 35 U.S.C § 112(b).

In support of this Motion, Elysium relies upon the accompanying consolidated opening summary judgment brief, the accompanying consolidated statement of facts, the exhibits attached to the accompanying Declaration of Nathanial McPherson, and the pleadings and other filings of the record in this matter.

*Of Counsel:*

Donald R. Ware
Nathanial J. McPherson
Emma S. Winer
Brittany J. Saunders
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000
dware@foleyhoag.com
nmcpherson@foleyhoag.com
ewiner@foleyhoag.com
bsaunders@foleyhoag.com

Jeffrey I. D. Lewis
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Fl.
New York, NY 10019
(212) 812-0400
jidlewis@foleyhoag.com

Priya S. Dalal
FOLEY HOAG LLP
1717 K St. NW
Washington, DC 20006
(202) 223-1200
pdalal@foleyhoag.com

Dated:  January 18, 2022

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*