IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. R. GRACE & CO.-CONN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELYSIUM HEALTH, INC., )<br>)<br>Defendant. )<br>)<br>) | C.A. No. 20-1098-GBW-JLH |

**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT (NO. 2) –
<u>ALL PATENTS INVALID AS INDEFINITE</u>**

This matter is before the Court on the Motion for Summary Judgment (No. 2) – All Patents Invalid as Indefinite. Upon review of the Motion and all papers filed in connection with this Motion, it is hereby:

ORDERED that Elysium's motion for summary judgment is GRANTED; and

ORDERED that the asserted claims of U.S. Patents Nos. 10,323,058, 10,233,207, and 10,189,872 are INVALID under 35 U.S.C § 112(b) for being indefinite.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Gregory B. Williams
United States District Court Judge

{01874398;v1 }